JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-800 JGB (SPx)** | Date | February 9, 2022 |
|---|---|---|---|
| Title | *Arac Burt v. Cannon Management LLC et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   Order DISMISSING Plaintiff's Complaint for Failure to Prosecute (IN CHAMBERS)**

     On May 5, 20221, Plaintiff Arac Burt filed his Complaint against Defendants "Cannon Management LLC, and Enclave LLC" and Does 1-50. ("Complaint," Dkt. No. 1.) On January 18, 2022, the Court ordered Plaintiff to show cause in writing by February 7, 2022, why this action should not be dismissed for lack of prosecution. ("Order," Dkt. No. 9.) As of February 9, 2022, Plaintiff has failed to respond to the Court's Order.

     Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 42(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute her case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, Plaintiff has failed to comply with the Court's Order and failed to prosecute this case with reasonable diligence.

     Accordingly, the Court DISMISSES Plaintiff's action pursuant to Rule 41(b). The Clerk of the Court is directed to close this case.

     **IT IS SO ORDERED.**